UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA SERVICE EMPLOYEES UNION aka SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1107,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a Delaware Limited-Liability Company,<br><br>Defendant. | CASE NO.  2:22-cv-01177-APG-NJK<br><br>**<u>ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME</u>** |

Sunrise Hospital & Medical Center LLC, by and through their undersigned counsel, hereby moves for an extension of time in which to file an Answer and respectfully states as follows:

1. Plaintiff filed its Complaint on July 26, 2022 and served it on Defendant on July 28, 2022.

2. The Defendant's Answer is due on or about August 17, 2022.

3. The Parties are finalizing an agreement to resolve this matter by agreeing to arbitrate the underlying dispute, but need additional time.

4. Counsel for the Plaintiff, after having been consulted in good faith by Counsel for the Defendant, has agreed to grant the Defendant an extension of ten (10) days in which to file an Answer, which the Parties anticipate should be sufficient time to resolve the instant matter.

Wherefore, the Defendant respectfully requests this Court to grant it a ten day extension of time in which to file an Answer in this matter.

DATED this 17th day of August, 2022.

HALL PRANGLE & SCHOONVELD, LLC

By: */s/ Kenneth M. Webster, Esq.*
KENNETH M. WEBSTER, ESQ.
Nevada Bar No. 7205
1140 North Town Center Drive, Ste. 350
Las Vegas, Nevada 89144
*Attorneys for Defendant*
*Sunrise Hospital and Medical Center, LLC*

**IT IS SO ORDERED.**

Dated: August 18, 2022

Nancy J. Koppe
United States Magistrate Judge